# TO THE COURT OF CRIMINAL APPEALS OF TEXAS

PD-0064-15, PD-0065-15, PD-0066-15, PD-0067-15

_____

**WYDELL DIXON,**
*Appellant*
v.
**THE STATE OF TEXAS,**
*Appellee*

_____

_____

### AMENDED MOTION FOR REHEARING
_____

_____

On Petition for Discretionary Review from the Court of Appeals for the First District, Houston, Texas in Cause Nos. 01-13-00408-CR; 01-13-00409-CR; 01-13-00410-CR & 01-13-00411-CR, Affirming the Conviction in Cause Nos. 12CR0748, 12CR0749, 12CR0750, & 12CR0751 from the 56th District Court of Galveston County, Texas.

_____

**R. Scott Shearer**
TBA No. 00786464
917 Franklin, Suite 320
Houston, TX 77002
(713) 254-5629
(713) 224-2889 FAX
*ShearerLegal@Yahoo.com*

**Attorney for Appellant**

May 14, 2015

FILED IN
COURT OF CRIMINAL APPEALS

May 15, 2015

ABEL ACOSTA, CLERK

1

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

**NOW COMES, WYDELL LORRAINE DIXON**, and files this Motion for Rehearing to the refusal of her Petition for Discretionary Review.  In support of this motion, she would respectfully show the Court the following:

I.

In a PUBLISHED opinion delivered December 16, 2014, a panel of the First Court of Appeals AFFIRMED Appellant's appeals from four judgments of conviction for cruelty to animals by the 56th District Court of Galveston County. Appellant did not file a motion for rehearing.  Appellant's Petition for Discretionary Review was filed March 16, 2015.  Appellant's Petition for Discretionary Review was refused April 29, 2015.  This motion for rehearing is timely filed within fifteen days after this Court refused Appellant's Petition for Discretionary Review.  *See* TEX. R. APP. PROC. 69.4.

II.

2

**GROUND FOR REHEARING: THIS COURT FELL INTO ERROR BY NOT GRANTING APPELLANT'S PETITION FOR DISCRETIONARY REVIEW.**

Appellant's petition for discretionary review asked this Court to review the published judgment of the First Court of Appeals. Appellant's cases involved the following issues:

1. A court of appeals disagreeing with the published decision of another court of appeals.

2. A court of appeals construing amendments to the animal cruelty statute in such a way as to hold that the amendments overruled a prior decision of a court of appeals.

3. An employee being held criminal responsible for failing to hire a sufficient number of employees, even though there is no statute, ordinance, or directive mandating a certain number of employees that must be hired.

4. A bomb threat being called into the hotel room of the jury during deliberations; a jury panel forced to spend the night in the jury room; and a trial judge overruling an agreed upon mistrial based thereon.

Appellant's case surely involved issues important to the jurisprudence of the State. Moreover, the animal cruelty statute is internally inconsistent and confusing to both citizens and legal practitioners of this State at a time when the number of animal cruelty cases being filed have increased exponentially from years past. Until such time as this Court weighs in, confusion will remain in the lower courts.

3

This Court should take the opportunity to review Appellant's case and the animal cruelty statute.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that the Honorable Court of Criminal Appeals will grant Appellant's motion for rehearing and Appellant's Petition for Discretionary Review.

Respectfully submitted,

/s/R. SCOTT SHEARER
**R. Scott Shearer**
TBA No. 00786464
917 Franklin, Suite 320
Houston, TX 77002
(713) 254-5629
(713) 224-2889 FAX
*ShearerLegal@Yahoo.com*

**Attorney for Appellant**

May 14, 2015

**CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies that this motion for rehearing is grounded on substantial intervening circumstances or on other significant circumstances which are specified in the motion. Undersigned counsel certifies that the motion is so grounded and that the motion is made in good faith and not for delay.

/s/R. SCOTT SHEARER
**R. Scott Shearer**

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion has been served upon the State of Texas by e-mailing a copy of same to the following parties at the following addresses on this the 14th day of May, 2015:


BRENT HAYNES
GALVESTON COUNTY DISTRICT ATTORNEY
600 59th St # 1001
Galveston, TX 77551
*BRENT.HAYNES@CO.GALVESTON.TX.US*


/s/R. SCOTT SHEARER
**R. Scott Shearer**

Print this page

# Case # PD-0064_0067-15

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 05/14/2015 10:41:45 PM |
| Case Number | PD-0064_0067-15 |
| Case Description | |
| Assigned to Judge | |
| Attorney | R. Scott Shearer |
| Firm Name | R. Scott Shearer |
| Filed By | Robert Shearer |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.09 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $3.00 |
| Total Provider Tax Fees | $0.25 |
| Grand Total | $3.34 |

## Payment

| | |
|---|---|
| Account Name | Robert S. Shearer |
| Transaction Amount | $3.34 |
| Transaction Response | Approved |
| Transaction ID | 8703358 |
| Order # | 005294843-0 |

## Motion for Rehearing

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Motion for Rehearing |
| Filing Description | Motion for Rehearing |
| Reference Number | 51415 |
| Comments | |
| Status | Accepted |
| Accepted Date | 05/15/2015 12:51:21 PM |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Documents

| | | | |
|---|---|---|---|
| *Lead Document* | DixonRehearingPDR2.pdf | [Original] | [Transmitted] |

Envelope Details